# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 4, 2013

No. 12-30363

Lyle W. Cayce
Clerk

ANNE M. PARR,

Plaintiff-Appellant

v.

STEPHEN HULBERT; CARROLL FALCON; RANDOLPH CHERAMIE; ALTON F. DOODY; BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-CV-3576

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5th Cir. R. 47.6.

---

[*] Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.